UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>RYAN CLIFFORD BRADFORD and JUDY KAY BRADFORD, dba PITCHFORK CATTLE CO.,<br><br>        Debtors.<br><br>RYAN CLIFFORD BRADFORD and JUDY KAY BRADFORD, dba PITCHFORK CATTLE CO.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BANK OF EASTERN OREGON, a national banking association,<br><br>        Defendant. | Case No. 1:18-cv-00397-BLW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On January 3, 2019, this Court granted Plaintiffs' motion for withdrawal of the reference once this adversary proceeding was ready for trial. The Court instructed the bankruptcy court to "preside over all pretrial matters in this case, including discovery and pretrial conferences, and resolve routine and dispositive motions, including the pending Motion to Transfer Venue." *See Jan. 3, 2019 Order*, Dkt. 13.

Shortly after the Court entered this order, on January 9, 2019, the bankruptcy court dismissed the underlying bankruptcy case. *See* Dkt. 346, in Bankr. Case No. 17-01571-

TLM. The bankruptcy court recommends that this Court dismiss this adversary proceeding without prejudice and deny the pending motion to transfer venue as moot. Neither party has objected to this recommendation.

The Court agrees with the bankruptcy court's recommendation for the reasons stated in the report and recommendation. Accordingly,

## ORDER

**IT IS ORDERED that:**

(1) The Court **ADOPTS**, in full, the bankruptcy court's Report and Recommendation (Dkt. 15).

(2) This adversary proceeding is **DISMISSED WITHOUT PREJUDICE.**

**(3)** The pending motion to transfer venue (Dkt. 4) is **DEEMED MOOT.**

DATED: March 27, 2019

B. Lynn Winmill
U.S. District Court Judge